UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSENIA TORRES, ET AL.,<br><br>      Plaintiffs,<br><br>-against-<br><br>UNITED STATES OF AMERICA ET AL, ET AL.,<br><br>      Defendants. | 23-CV-03052 (JLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

  A settlement conference is scheduled for **Tuesday, March 12, 2024 at 2:00 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **February 5, 2024** on whether parties are available on March 28th instead. The parties are instructed to complete the Ex Parte Settlement Conference Summary Report and prepare pre-conference submissions in accordance with my Individual Rules of Practice. Pre-conference submissions must be received no later than **Tuesday, March 5, 2024, at 5:00 p.m**.

  Corporate parties must send the person with decision-making authority to settle the matter to the conference.

  If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED: January 31, 2024             SO ORDERED.
      New York, NY

                                 **ROBYN F. TARNOFSKY**
                                 United States Magistrate Judge