UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JESSENIA TORRES, ET AL.,<br><br>　　　　　　　　　Plaintiffs,<br><br>-against-<br><br>UNITED STATES OF AMERICA ET AL, ET AL.,<br><br>　　　　　　　　　Defendants. | 23-CV-03052 (JLC)(RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　A settlement conference is scheduled for **Tuesday, March 19, 2024 at 2:30 p.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007. If this date is not convenient for the parties, counsel should e-mail my chambers at TarnofskyNYSDChambers@nysd.uscourts.gov by **March 14, 2024** on whether parties are available on March 22nd at 3:00 p.m. instead.

DATED:  March 12, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge