UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Jessenia Torres, et al.,

                Plaintiffs,

      -against-

United States of America et al,

                Defendant.

23-CV-03052 (JLC)(RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      A settlement conference was scheduled for March 19, 2024. Per the parties' request, it is now rescheduled to **Friday, March 22, 2024 at 10:30 a.m.** in Courtroom 9B at 500 Pearl Street, New York, NY, 10007.

      Corporate parties must send the person with decision-making authority to settle the matter to the conference.

      If attending in person presents a hardship for any party, they may submit a letter on the docket explaining the situation and the reasons why they believe the settlement conference should be held remotely.

DATED:  March 13, 2024
        New York, NY

SO ORDERED.

_____

**ROBYN F. TARNOFSKY**
United States Magistrate Judge