UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JESSENIA TORRES,

                    Plaintiff,

    -against-

THE UNITED STATES OF AMERICA, et al.,

                  Defendants.

23cv3052 (RFT)

**ORDER**

---

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      As requested by Plaintiff, the proposed letter motion (ECF 51) is withdrawn. The Clerk of Court is respectfully requested to terminate ECF 51.

DATED:  April 11, 2025
        New York, NY

SO ORDERED.

**ROBYN F. TARNOFSKY**
United States Magistrate Judge